UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   ex rel. HARRY F. KNIGHT, JR., )<br>   )<br>   Plaintiffs, )<br>   )<br>   v. )<br>   )<br>HEALTHSOUTH, INC., KIRK J. MAURO, )<br>   MICHAEL MARSHALL, and )<br>   ERIC MYERS, )<br>   )<br>   Defendants. )<br>_____) | Case No. 4:03cv367 SPM/AK |

## ORDER DISMISSING ACTION

The United States having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), on October 30, 2006, and the United States and the Relator having filed a notice of dismissal of this action against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(i), on November 27, 2006, the Court finds and orders as follows:

1. The Government's Notice of Election to Intervene, including the redacted Complaint made an exhibit thereto, that are docketed in the case file as Item #36, including the attachments thereto, shall be unsealed.

2. All other papers or Orders filed in this matter prior to October 30, 2006 shall remain under seal.

3. The seal shall be lifted on all other matters filed or occurring in this action on or after October 30, 2006.

4.     The United States and the Relator have entered into a written agreement with defendants HealthSouth Corporation, Kirk Mauro, Michael Marshall and Eric Myers in full settlement of the claims and causes of action asserted in this action against them. The United States and the Relator agree that the amount paid in settlement and the other terms of the settlement agreement are fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

5.     Pursuant to Fed. R. Civ. P. 41(a)(1) and 31 U.S.C. § 3730(b)(1), the claims asserted in this action against all defendants are dismissed with prejudice as to the United States and the Relator.

IT IS SO ORDERED this 5th day of February, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge